AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

__Neilson Craig Conover__
Plaintiff

V.

__Neilson Dudley Conover,
Joyce Audrey Ohlson Conover,
Masonic Order, Eastern Star, Christian Science Church et al__
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, __Neilson Craig Conover__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☑ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __I live in a warehouse temporarily and am given an average of $40/week for food. I help around the warehouse as any brother would. I live on the grace of my brothers Todd and Bruce.__

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __So in regard to the definition of employment and my understanding and for the purpose of this question! I will leave that to you!__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☐ No
   b. Rent payments, interest or dividends              ☐ Yes     ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☐ No
   d. Disability or workers compensation payments       ☐ Yes     ☐ No
   e. Gifts or inheritances                             ☑ Yes     ☐ No
   f. Any other sources                                 ☐ Yes     ☐ No

   If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive. __Monies as gifts, memberships @ YMCA's, and food money, Projected $ @ $50 week!__

4. Do you have any cash or checking or savings accounts?  ☑ Yes  ☐ No

   If "Yes," state the total amount. $27 xx/100

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

   If "~~Yes~~ NO," describe the property and state its value. To the best of my knowledge: NO. I did have 1500 shares of Continental American Industries Inc but have not been able to locate. I assume the penny stock went the way of the Titanic.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Meghan Elizabeth and Neilson Scott, my children in Oregon I assume as I have requested to know their where abouts from the FBI in Portland, Oregon and still have not heard back. I guess you guys are busy!

I declare under penalty of perjury that the above information is true and correct.

19 May 2004                     [signature]
Date                             Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.