United States District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, MA 02210
617-748-9130

Neilson Craig Conover — General Delivery
F.B.I.
Any State

Neilson Craig Conover
Plaintiff
vs
Neilson Dudley Conover
Joyce Conover
Masonic Order
Eastern Star
Christian Science Board of Directors
U.S. Veterans Administration
Defendants

Date: 21 May 2004
Pro Se
Informa Pauperis
Civil: 440
Federal Question
Demand: 10 million US Dollars per party
United States Citizenship

Copy to Dept of Justice Wash D.C.

Here comes Neilson Craig Conover SS# 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 with suit for Freedom and demand of 10 million dollars, United States for damages incurred; see 9th Circuit Court of Appeals case # 04-35140. It is my belief that one or all are guilty of Identity Theft or acted full knowing that the signature and other was not of my person. I am also requesting that the great state of Massachusetts out-law alcohol intervention and excommunication by churches and Secrete Organizations for the sole reason; it is the right for every individual to work out his own salvation and the laws set forth by the people to insure mutual safty.

Posibly designed to draw a parallel to terrorism: I am coming to the conclusion that Love is the answer and not force however at times violence must be mete with controlled force, and a level playing field for Freedom to grow.

I am not a lawyer, I am not a States-man. I consider myself a United States Citizen and Patriot and United States Commissioned Marine Officer Inactive Reserve, a dad to my children Meghan Elizabeth and Neilson Scott, and a friend to my Ex-wife Mary Elizabeth. I would like confirmation of all the above and wish regards to New England.

In closing and foremost: I am to be freed to express these freedoms within the Law of this great Nation so that I may strive each day to see Good/God in each one of His ideas, to be a law unto myself and contribute to man-kind as directed by Him. Related court cases: US. District Court Nevada CV-S-04-0488    Colorado - Mailed
Illinois - Mailed
CV04-411HA - Oregon
DR 03-04770 - Oregon

Respectfully Submitted,

Neilson Craig Conover
Neilson Craig Conover
SS# 153 34 6362

Federal Bureau of Investigation
Portland, Oregon
tel# 503-224-4181

ONE Attachment From
CASE # 04-55140
San Francisco, Appealet Court

Dear Agent Orizo,

Thank you for taking the time to meet with me yesterday/Tuesday, December 10, 2003 @ 11:30 in the conference room in front of the receptionist's desk at the FBI's address listed above on the fourth floor.

It is after much thought and consideration that I write this letter. I am not a member to the best of my knowledge nor have petitioned to any organization to warrant such consideration other than holding a commission in the United States Marine Corp as a 1st Lt. (inactive ready reserve status), which I hold in the highest regard. If there is such a signature requesting or stating membership in any organization other than the above, it is not mine and (may) be a forgery. I am not a member of any church although I frequent Christian Science Reading Rooms and Sunday services for spiritual support/growth/understanding. I try to hold a relationship with God void of the pitfalls of organization; treat my neighbor as I would treat myself, and understand that if I fall short, I render myself at the mercy of human law there forfeiting my freedom.

I have suffered and gained by overcoming alcoholism of 20 some years. I have been through many Veterans Administration programs and would like to point out one in particular, Sheridan Wyoming. I would also like to express my deepest gratitude to my children Meghan and Scott for their un-censored silent prayers, which I hold along with God's grace as the healing power in this story. Regarding human law I have done rotten things in the past and have paid with my freedom and other for wrongdoing. I believe the Federal legal system to be a manifestation of Good/God that is ever changing to adjust to what is right; put another way, it is a culmination of rightful thinking of the good people of this great country. I have been sober now for one year and eight months.

I petition to the United States Judicial system; for my freedom and safety. I have undergone an intervention for alcohol and it is my belief (at this time), there is an alternative motive. I believe that the motive (may) be to induce suicide or in time murder by the (manipulation of organizations and other). My folks are of the Masonic Order; my mother Magenta and my dad Black-more than likely Shriners as well. Seeing their oldest son suffer from alcohol as they do, they petitioned to the Brewster Family to help the situation. It is here that expertise in treating alcohol and bringing families back together was sought. My ex-wife, Mary Elizabeth Conover Taylor wed, I believe, with the understanding/intention that at some point in the future an intervention will be necessary, however any children would be cared for by a (large family), perhaps of Masonic and other background and I would not be able to share in their lives until their ages of 18, as was made clear to me by folks at KGC Warehouse, Stockton, MO., (Kent Andre) and others. It is my belief that my sobriety was not hoped for and by manipulating organizations all was done to prevent this from occurring.

The intervention came after several attempts by myself to correct the alcohol while fending off the ever tightening noose of intervention. With relief not in site, and not being able to out-grow the alcohol, I was helped out the door. Over the next 5 years and experiencing substance abuse programs, homelessness, legal challenges and the like, sobriety was realized. During these 5 years and at the times of relapse, drugs were (un-knowingly to me till after the fact), placed in my beer that compounded mental and physical handicap and contributed to a shattered knee, dislocated shoulder, theft of monies and other; (possibly knock out drops or other).

I am in Oregon to seek employment, be an example for my children and live a life free from alcohol. Over the past year and eight months, I have been through tests in order to prove my sincerity for sobriety. Over the past eight months placed in a position of despotism, (not allowed a job to earn money) and forced to fend for food and shelter as best I can, in other words-(excommunicated). On occasion I have been offered a room to stay by a supposed church member of the Sixth Church of Christ Science, Mary Jane Kenward @ 4099 S.W. Lowell Ln. Portland, OR., where I was offered cooked food that I detected lithium after consuming do to slowed thinking, loss of balance, upset stomach and pain below the belt-left of leg. Prescribed at the Veterans Administration at one time, (by recommendation of Kermit Krocker, V.A. Sheridan Wy.), I am familiar with it's effects. Even after requesting Mary Jane Kenward to stop putting lithium in the food, the situation persisted and pain below the belt continued and is still present today in varying degrees. Mrs. Kenward denied any knowledge of lithium in the food when confronted. Her son/or other-Kirk Kenward and Husban, John were also living in the house at that time. I switched to a diet of canned food at which time I was asked to leave the house and live with Frank, another member of The Sixth Church of Christ Science, Portland OR who lived in Beaverton, OR. When I strongly approached him about the drugging he asked me to leave and I did; to the streets of Beaverton. After about three weeks of a daily routine of fending for food in the streets of Beaverton, a lady I met at the Beaverton Christian Science Reading Room offered me a room while I get on my feet; (more like knock my socks off), Jeanie Forester @ 3881 S.E. Bliss Ct. Hillsboro, OR.-also present were two elderly folks, the Bishops, now living in the Forest Grove area. After the first day, the drugging of lithium commenced and when I confronted Ms. Forester, she denied any knowledge. The following day and after using the Tobasco sauce I went on an LSD or mushroom trip-(as I am familiar with the effects do to experimenting in my youth). I took the Tobasco to the police in Hillsboro where they disposed of the sauce. I brought the incident to the attention of the FBI and left to again live on the streets of Beaverton, OR.. After about a week of daily routine, fending for food in dumpsters, I noticed the effects of lithium again after consuming some pizza I obtained from the dumpster of Pappa John's, near the intersection of Beaverton Hillsdale Highway and 217. After

confronting Mary Jane Kenward about the incident on the phone, the drugging has ceased. The following names are afforded for the courts consideration in what (may) be a conspiracy to commit murder/induce suicide as strange as it seems in order to get rid of a conceived problem, (me) and (may be) covering up other's wrongful-doings/decisions/manipulation/ and other that would be hindered should I remain healthy. They are and are not limited to;

Neilson and Joyce Conover @ 5250 Myrtlewood, Sarasota Florida   34231   #941-379-4299
Willis and Eleanor Brewster @ 11625 Ridgecrest Rd. Beaverton, Oregon   97008   #503-646-8475 / 503-515-2196
Matt Brewster @ 9073 S.E. Scottstree Way Clackamas, Oregon   97015.  #503-740-2329 / 503-656-0997
Mary Jane and John Kenward @ 4099 S.W. Lowell Ln. Portland, Oregon   97239   #503-228-5867 / 503-223-2900
Mary Elizabeth and Jason Taylor and William Boggs @ address un-known (Canby Oregon)   97013   #503-263-2636
Edward Bolds @ (address un-known) #503-703-3700
Kermit Krocker @ V.A. Hospital Sheridan, Wyoming   #800-370-0250
Joe and Diane Gregoire @ 5375 Washington Ct. Lake Oswego, Oregon   97035   #503-803-6302
Tom and Alice Gregoire and (Grand-mother from Montana) @ 17311 Cedar Rd. Lake Oswego, Oregon   97034   #503-???-????
Jeanie Forester @ 3881 S.E. Bliss Ct. Hillsboro, Oregon   97123   #503-???-????
Heidi and Kirby Kanada @ 6850 S.W. 105th Ave. Beaverton, Oregon   97008
KGC Warehouse (Kent Andre) (Floren LeBaron) @ 8740 South 1975 Rd. Stockton, Missouri   65785   #417-276-3059
Cascade Trading ENT (Chris Theisen) @ 10749 A Street South Tacoma, Washington   98444   #417-253-535-2348
Oregon Core (Robert Gaul) @ Beaverton Oregon   97005   #503-590-7604 / 503-350-0703
CCRI (Nissa Bauer) @ 2655 Southeast 39th Loop, Hillsboro Oregon   97123   #503-693-6288
Pete and Elois Zamblin @ (address/telephone un-known), owners of Employer's Overload Temp-service of Oregon.

Now as it goes, these folks may not have administered the drugs into the food themselves, however in all probability, (may) have knowledge of who did, or who had access to the food, or who made access available for those planting/administering the drugs full knowing the anticipated/hoped for ill-results. Again, as I have said before, I am here to be an example for my children and to seek gainful employment. I understand the fear in those who have lived with an alcoholic or are active alcoholics and can not stop/do not want to stop-(and have the right not to), if they are obeying the law-(tragic but legal). I am sorry for their pain suffered; but two wrongs do not make a right. I am sorry that (I) and not others (ex-spouses or other), have chosen to seek/practice a better life for myself and children, and (if) intending to take advantage of me while I am (wrapped-up) by the law and get nasty/deadly and plant drugs that under the circumstances have a higher than not probability that a suicide (may) take place is true? I am sure that it would be agreed that things have gone too far! While staying at the Gregoire's home at 17311 Cedar Road, Lake Oswego, OR., and a dosage of lithium hit me and I went to the FBI the next day to report the incident; upon returning to the Gregoire's home and further discussing the incident they said, (it does not matter and that they would have the judge switched and it would never get to court). I am not in favor of special interest groups running around with a private agenda under the auspices of (a doing good organization), pretending to be the law, above the law. I believe in the law, (I did not always in the past and paid the price); the culmination of what is good for (individual and collective freedom), and its ability to act on the part of it's citizens to insure justice, safety and liberty. I have caused problems in the past due to alcohol as I have mentioned; loss of family, friends, business, more loss, endangered others on the highways, you name it! My neck is sore from the noose marks of penalties paid for my wrongdoing; my hands and especially my feet, worn with strides of reformation. I am also grateful for the Christ like things people have done and prayed for in order to help me understand God's love for all his children. I have also written letters of gratitude to the V.A. in Sheridan Wy., Hot Springs, S.D., Congresswomen, Barbara Cubin-Wy., Senator Tom Daschle-S.D., county jail systems and various others. I am sure there are two children out there that think I am neat that should have the freedom to share with their dad; so quit trying to knock me off and the like!

It seems tiring that a resolution can not come about by other means. I would like to forgive and forget, (just as my loving brothers in Boston have set the example; (not seeing the faults in others!). It is here I request my freedom and safety and location of my children Scott and Meghan. I request an investigation be started by the FBI and other as seen fit regarding the information I layed out above and the information obtained to be handed over to the United States Attorney's Office, Portland Oregon for review/action.

Respectively Submitted,

*Neilson C Conover*

Neilson Craig Conover
16004 S.W. Tualatin-Sherwood, Road #125
Sherwood, OR   97140
ss#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


# msn® Hotmail®

mud__duck@hotmail.com                                          Printed: Tuesday, March 30, 2004 11:22 AM

**From :** CRAIG CONOVER <n_c_conover@hotmail.com>
**Sent :** Wednesday, July 9, 2003 8:38 AM
**To :** mud__duck@hotmail.com
**Subject :** daddy-2

to daddy's and other  *copy Fb.*

about 7 months ago while working on a job site i came upon a calendar of norse mythology.   the drawing/month for this topic; i have had time to digest and would like to share with you.   the picture had a beautiful girl of 20 standing on the back of an immense bird of prey dressed in 11th century viking war dress with broad sword in hand.   the bird looked to be 1/2 falcon, 1/2 dark eagle: it's talons gargantuan.   the two with their backs to the observer resting calmly atop a mountain peak.   down below a city of ruin, smoke, ash, and fire.

if i may i would like to add to the drawing; three eagles heads attached to the same bird with chains around each neck with the words; freedom, liberty and justice.   a beautiful girl of 8 years of age instead of 20, wears leather wrist bands with the words, Truth and Love.   inscribed on the norse broad sword, the word forgiveness.   the hair worn in a pony tail, strawberry blond: last 6 inches of hardened tar dressed with silver bands-common in battle at the time.   torn tremendous chain which at one time held the huge bird, still attached around a talon, the words "in God we trust" forged in an iron shackle.  below there are two cities; one in fire smoke ash and flame; the other in glass and glistening sunshine.

may the serious and concerned word of "daddy" with worried eye or tear never have to be entertained for delinquent act or word!   best to choose the right city!   my daughter is 8 years old.

in God we trust is a tall order especially for us men, rest assured the wrath which engulfs the participant of wrong doing/thought associated with one of God's little ones, "all of us,-Gods children", is far beyond what we as mortals can impose in penalty.   as men-daddy's, we must see all women/children as our own daughters and treat them accordingly with Love, "not threaten to extract kidneys from my living children ages (8) and (12) and sell on the black market in mexico, and threaten forced sexual intercourse with my ex-wife".   i understand forever is a long time to live in terror as a result of personal sense-group ignorance.... organizational epitaphs are written by their own undoing/mismanagement/human discord!!!

this was written in response to extremely ignorant comments, threats and gestures made to me this week, "first week in july 2003", regarding the well being of my family".   with limited time until i am recognized as free, "end of organized alcohol intervention", it would be prudent for those involved in attempted mind manipulation, physical harm and personal financial gain to become extremely still........ copies of this e-mail are being mailed "certified mail", and other to participants of united states congress and united states senate in different states and to various church and news organizations and other with cover letters for their files and future reference....   i have been sober for over one year and four months now; i have paid more than my share for wrong doing: i have been beaten, i have been drugged, i have been stolen from, i have been erroneously incarcerated and i have sought help from legal authorities both local and federal with no avail, "so far".   i am ok with this as the acts were directed at "me"as others expressed their highest sense of right helping to correct my alcohol problem at that time!   it is not my job/place to judge, that is the courts job to sort things out and ultimately God's.... given enough rope, wrong doing will hang itself and of that matter we can be sure, "my neck is sore from my paid past mistakes".....   in concluding, i have excepted responsibility for my wrong doing and have corrected the errors; with God's intervention not human will.  i do not know what was to be gained by threatening me with the physical

harm of my innocent children by third party; i believe even those elected to office have children and would reach out for help in this situation!   apart from the for mentioned i would like to express my gratitude to my ex-wife for holding down the fort and raising our children in Love.   this women walks on water and in no way is knowledgeable nor participated in any of the wrong doings mentioned above!   she is to be left alone to raise her children in peace!!!!

i understand many good folks have been approached over time to participate in my alcohol intervention. best the boat we hop into has life rafts and all the oars rowing in the same direction; the direction of Love not self importance, self interest.   if i may interject two thoughts: "we must try to live -our own- lives as examples of Light" and "what blesses one blesses all".

respectively submitted,


neilson craig conover          16004    s.w. tualatin-sherwood road,   oregon   97140