UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEILSON CRAIG CONOVER,
    Plaintiff,

v.    Civil Action No. 04-11045-DPW

NEILSON DUDLEY CONOVER, et al.,
    Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☐    DENIED for the following reason(s):

☐    Plaintiff shall pay the filing fee within 35 days of the date of this Order or this action shall be dismissed without prejudice without further notice.

☐    The Clerk shall issue a summons and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant as directed by plaintiff with all costs of service to be advanced by the United States.

☒    This action shall be dismissed for the reasons stated in the accompanying memorandum and order.

SO ORDERED.

  5/28/04                               s/ Douglas P. Woodlock
DATE                                   UNITED STATES DISTRICT JUDGE