UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEILSON CRAIG CONOVER,<br>    Plaintiff,<br><br>v.<br><br>NEILSON DUDLEY CONOVER, ET AL.,<br>    Defendants | CIVIL ACTION<br>NO. 04-11045-DPW |

## ORDER OF DISMISSAL OF CASE

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order dated May 28, 2004 dismissing the above entitled action for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

BY THE COURT,

/s/ Rebecca Greenber
Deputy Clerk

Dated: June 1, 2004