United States District
District of Massachusetts
1 Court House Way
Boston, MA. 02210

Neilson Craig Conover
Plaintiff

V.

Neilson Dudley Conover et al.,
Defendants

Case # 04-11045-DPW
Filed: Informa Pauperis / Pro Se
Todays Date: 8-26-04
Civil Rights: 440

## Motion For Appeal

Here Comes Neilson Craig Conover with Motion For Appeal: Judge Douglas P. Woodlock decission of 1 June 2004 to Dismiss case 04-11045-DPW. I request that this case be handed to the Circuit Appelet Court. I am also requesting that an attorney be appointed to assist in presenting material to the court as I am not; and in the name of justice feel I have a valid argument to present not only for myself but others as well. Related cases are 
CV04-1057-KI
CV04-00993-JO    } US. District Court
CV04-00411-HA       state of Oregon
CV04-00054-JE

#04-35146 US. Ct. Appeals 9th
? Chicago Dist. Ct
? Denver Dist. Ct.
? Nevada Dist. Ct.

I am held in a destitute situation via Masons/Shriners, and other that will be brought out I trust via the US Court System. I would also like to compile/consolidate these cases under one to go to the Supreme Court. Other cases do involve security issues that the F.B.I. has been notified about. The Analysis of 1 June by the Judge Woodlock said I am against Alcohol. I am against Alcohol Interventions/Excommunication/and in-hermented Free Masonry that physical and psycological pain and suffering are employed by whole communities in-order to bring about change or punish. What has happened to me is the same manipulation and Fear brought on the american people in 911 when those buildings came down perfectly. 

Respectfully Submitted
Neilson C Conover