THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MA  02210


NEILSON CRAIG CONOVER
PLAINTIFF

VS.

NEILSON DUDLEY CONOVER ET. AL.
DEFENDANTS
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
FILED; BOSTON MA.
CASE# 04-11045-DPW
PRO SE
INFORMA PAUPERIS
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

MOTION FOR APPEAL, APPOINTMENT OF COUNCIL

Here comes Neilson Craig Conover, Plaintiff with Motion for Appeal the courts decision: request appointment of council and this case to be transferred to, The United States Court of Appeals for review/action.


Respectfully Submitted,

*[signature]*
Neilson Craig Conover

General Delivery
Beaverton, Oregon
97005