# MANDATE
# United States Court of Appeals
## For the First Circuit

No. 04-2210, 04-2223

04-11045
J. Woodlock

NEILSON CRAIG CONOVER.
Plaintiff - Appellant,

v.

NEILSON DUDLEY CONOVER; JOYCE CONOVER; MASONIC ORDER;
EASTERN STAR; CHRISTIAN SCIENCE BOARD OF DIRECTORS;
U.S. VETERAN'S ADMINISTRATION,
Defendants - Appellees.

## JUDGMENT

Entered: November 22, 2004

By order entered **October 21, 2004**, appellant was directed to show cause in writing as to why these appeals should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by **November 11, 2004** would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeals be dismissed in accordance with Local Rule 3(b).

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

By: **MARGARET CARTER**
Chief Deputy Clerk

Deputy Clerk
Date: JAN 14 2005

[cc: Messrs. Conover & Sullivan]