United States District Court
District of Massechussetts
1 Courthouse Way
Boston, MA 02221

FILED
IN CLERKS OFFICE
2005 JAN 25 P 3:08
U.S. DISTRICT COURT
DISTRICT OF MASS

Dear Judge,

I am writing to inform the court of an address change as follows; General Delivery San Diego, CA  92138.  I am also informing the court; relative to the enclosed filing; United Supreme Court and referencing a decision of same said regarding Clarence Earl Gideon granting him council while incarcerated.  I also appeal all decisions in District and Circuit courts and request that all filings accompany this letter to the Supreme Court for decision. I request action to be taken immediately.

Respectively Submitted,

*[signature]*

Neilson Craig Conover
SS# 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
General Delivery San Diego, CA  92138