**THE MERRY MINUET**
Sheldon Harnick



They're rioting in Africa. They're starving in Spain. There's hurricanes in Florida and Texas needs rain.

The whole world is festering with unhappy souls. The French hate the Germans. The Germans hate the Poles.

Italians hate Yugoslavs. South Africans hate the Dutch and I don't like anybody very much!

But we can be tranquil and thankful and proud for man's been endowed with a mushroom shaped cloud.

And we know for certain that some lovely day someone will set the spark off and we will all be blown away.

They're rioting in Africa. There's strife in Iran. What nature doesn't do to us will be done by our fellow man.