United States Of America Supreme Court
Attention: Supreme Court Justices
Care: Of The Clerk Of The Court
1st and Maryland Avenue
Washington, D.C. 20001

04-11045

Neilson Craig Conover
Plaintiff

vs.

The Holy Catholic Church
Fraternal Organization of Knights of Columbus
The Church of Latter Day Saints
Fraternal Organization of The York Rite
Fraternal Organization of The Scottish Rite
Fraternal Order of Eastern Star
(All secrete and non secrete relatives to the above,
"Of America and other if applicable by court/law")
United States Veterans Administration
(The Board of Directors,
The 1st Church of Christ Science, Boston, MA.
The Mother Church)

Civil Rights: 440
Federal Question
Filing: Informa Pauperis, Pro Se: w/motion for Council

Demand; (maximum penalty allowable in United States Dollars per count/incidence, per defendant).

SCANNED
DATE: 2/1/05
BY: DH

Today's Date: 5 January 2005

========================================================================

Touching soundly on the rights of an individual to pursue life liberty and the pursuit of happiness, under the Constitution and all it's wonderful Amendments, it is my intention to bring before the court the defendants under civil rights clause 440. Each citizen has the right to work out his or her salvation as long as that person is within the law. Too many sacrifices have been and are being made by our Veterans and Other to ensure Freedom for our children's children for gang behavior, ecclesiastical, and communal self interests (and other) to be allowed for any reason unless directed by the judicial system and rightly communicated between all parties of interest. Hamilton and Jefferson for-saw the pitfalls of combining Church and State: thus the attempt at separation as it stands today!

Abraham Lincoln
"No man is good enough to govern another man without that man's consent. When a man Governs Himself, that is self-government; but when he governs himself and also governs another man, - that is despotism. Our reliance is in the love of Liberty, which God has planted in all of us; our defense is in the Spirit, which prizes Liberty as the heritage of all men in all lands, everywhere. Those who deny freedom to others deserve it not for themselves, and under a just God cannot long retain it."

Mary Baker Eddy
"Promiscuous mental treatment, without the consent or knowledge of the individual treated, is an error of much magnitude. People unaware of the indications of mental treatment; know not what is affecting them. And thus may be robbed of their individual rights-freedom of choice and self-government. Who is willing to be subjected to such an influence? Ask the unbridled mind manipulator if he would consent to this; and if not, then he is knowingly transgressing Christ's command. He, who secretly manipulates mind without the permission of man or God, is not dealing justly and loving mercy, accordingly to pure and undefiled religion. Sinister and selfish motives entering into mental practice are dangerous incentives: they proceed from false convictions and a fatal ignorance. These are the tares growing side by side the wheat that must be recognized, and uprooted, before the wheat can be governed and Christian Science demonstrated. Secrete mental efforts to obtain help from one who is unaware of this attempt, demoralizes the person who does this, the same as other forms of stealing, and will end in destroying health and morals. In the practice of Christian Science one cannot impart a mental influence that hazards another's happiness, nor interfere with the rights of the individual. To disregard the welfare of others is contrary to the law of God: therefore it deteriorates ones ability to do good, to benefit himself and mankind. The Psalmist vividly portrays the result of secrete faults, presumptuous sins, and self-deception, in their words: "how are they brought into desolation, as in a moment! They are utterly consumed with terrors".

I have been a vehicle of civil rights enforcement without my knowledge until of late: date being 3 January 2005. This has been a very well thought out plan. The purpose is to bring to light those institutions/organizations/individuals that are instigating and profiting from acts of unkindness here after referred to as "pain and suffering"; under the cloak of "doing good". My cases revolve around civil rights and the

violation there of via alcohol intervention and secular excommunication and un-warranted free masonry; in which entities self described as non-profit and other, not to exclude the military, have in fact acted with full intent "as a business", thus under the rules set forth by the United States Internal Revenue Service should rightfully be taxed. We all should pay our taxes, and be happy to do so: less anarchy snatches Freedom from under the Eagles grasp. I also contend that mobilized/organized efforts of the same have in fact crossed the Mexican/American and perhaps Canadian boarder with intent of aggression toward a citizen of the United States of America w/o the knowledge of same said National Governments hoping geographic boarders and perhaps other would establish immunity and prevent legal prosecution! In District Court filings pertaining to the same I have requested that the FBI and other branches of intelligence as seen fit look into this situation and upon subpoena in a court of law it is my "firm" understanding that the Truth be known and Justice served. It is imperative that all my filings and demands from the District Courts of (Portland Oregon, San Francisco/San Diego California, Las Vegas Nevada, Denver Colorado, Chicago Illinois, Boston Massachusetts, Washington, D.C.) be consolidated/organized in conjunction with a court appointed attorney and presented to The Supreme Court at this time, as there has been substantial activity, (un addressed). I do contend that this is the same methodology in which data/intelligence is lost to foes. Spelled out; (formulated, calculated, executed tragedy by adding/subtracting/delaying, data/information/action, in a myriad of forms not discounting violent acts or manipulated addiction of all types and planned family brake-up) -apply- (guilt & fear) - which yields- (anxiety) -introduce- (hope/possible solution/clergy/alcoholic anonymous/etc.) -which yields- (trust in same) = (information leak/political leverage/"economic control").

It is also my intention that the defendants in a case filed in Oregon District Court (I request be brought out at the later tail of this case unless the issue of children can not be resolved), did organize to load me up with information that could be construed as "sensitive and of a National Security nature", thus preventing me from visitation/custody hence creating (non-contractual leverage-I did not consent to being a spy), and did manipulate information in conjunction with the Veterans Administration's (also a defendant filed with the District Court of Massachusetts) full and knowing understanding of the platform which was to follow: as to perform/leverage for tasks associated with a mission of perhaps a political nature by; "creating a spy if you will-mole, (me)". I am contesting the manor in which my services were acquired, (simply put, they should have asked). I also contend that there may be a false signature and/or manipulated custody papers or other that pose inaccurate questions about my person in the eyes of the law, allowing manipulation of organizations in the name of doing good to generate psychological pain and suffering to me against my will that I am not privy to/prevented from knowing/prevented from contesting in court, even upon request through intelligence/legal channels. Funny as it sounds, "I agree with the potential results from a political standpoint: (tax all church/non-profit entities, abolish excommunication, interventions unless full knowing and well consent is given); my loyalty however has to be with Law". I can not serve the venue of politics with a clear conscious and ask the court to intervene. As the Quakers of Pennsylvania during the on set of the revolutionary war; I myself can not partake in an active attack on other lives via manipulation even if I believe they are very wrong and I most assuredly do!. I have the rite to my belief system and it says so in the Constitution of the United States. I also have the rite not to be used as a vehicle in-order to accomplish another's agenda. This does not discount the filings I have posted with the courts regarding national security issues and civil rights violations in any manor.

I do request that all activity regarding satellite intelligence surrounding my person be terminated, that human surveillance of my person be terminated unless I am knowledgeable of said and agree, that communication between me and my children commence and whatever steps need be taken be taken, that all cases be combined and placed in front of the United States Supreme Court for timely decision, that all defendants in all cases be served by Federal Marshals in a manor acceptable by the court, that I be contacted by an government agency "peacefully" regarding "options" of personal safety and continuance of life clear of Governmental or other, holds/titles etc. as to be an "American Citizen free and clear, to worship, conduct business and enjoy those personal things as such a law abiding citizen enjoys in America". It is also my request that the court order an investigation in which the manor/conduct that spy-s are brought into service understanding that we have full and well technical capabilities of surveillance and the leveraging/manipulating of personal lives/issues is un-Christianly: counter to individual liberty, and illegal (unless knowing consent) is agreed upon. I also reserve the rite to add defendants and demands. A copy of this will be sent to the FBI, IRS and other. I am indigent/homeless thus I request comfortable/safe lodging where I am permitted all the freedoms of a citizen of the United States in a mutually agreeable location at the expense of the Government with a subsistence allowance in accordance with a cost of living (to be mutually determined), be provided transportation, communication equipment and other to be (mutually determined) while this thing works out. As with your ruling regarding Clarence Earl Gideon: council was appointed while he was incarcerated upon his request to your court. I do not want to place myself in violation of law as best an indigent man can. I therefore request on the same grounds that I be appointed council to compile and present this and other cases regarding the same. I request action be taken in all areas immediately. I can be reached via the FBI and also General Delivery in San Diego, CA 92138.

With Highest Regards,

*[signature: Neilson C. Conover]*

Neilson Craig Conover        General Delivery, San Diego California 92138        SS# 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

The United States Supreme Court
Case
Argument

SCANNED
DATE: 2/1/05
BY: DH

Information is conjecture unless it can be substantiated by another party; for the purpose of this case I request the subpoena of all pertinent information from the investigative/intelligence community; starting with the Federal Bureau of Investigation, Internal Revenue Service and Central Intelligence Agency. I again would like to remind the reader that The United States of America placed a man on the moon in the early 1960's. Forty some years have passed from that time in the fastest growth spurt of technology that the world has ever seen. Let your imagination go for this writing if you will. Lets say that a radio wave sent from earth or similar, rebounding off three satellites, (as to be 3-dimentional), at a subject simultaneously that can in fact stimulate a portion of ones' brain. Even being more, project into conscious, a movie or (mental picture) if you will. I believe "the science of human mind research" is capable of such. This in itself is a type of virtual reality, is wonderful. Imagine a child having an artificial experience with Babe Ruth! Or learning about History as you sleep! Who would not want to experience these things with will full knowledge and consent of any risks or consequence. It is my contention that this technology does exist and there may in fact be questions of its intended use. Old habits are hard to shake; "try to take over the world", "pain and suffering to force spiritual atonement", "the sporting game of revenge" and "the continuation of the middle ages". Would you agree these are some of the human intentions perhaps this technology may face? I am also addressing this issue in hope that Law itself is saved. If for instance this technology is used to change the reasoning of a man "unknowingly and without that man's consent" and that man commits a crime: is he at fault? Non the less this man may push the wrong button on a vessel of war and cause "pain and suffering un imaginable". With the advent of mind control, this confuses/in activates the judicial system. Example; I am in Stockton, Missouri at KGC Warehouse more like KGB Warehouse – hello CIA and out of the corner of my eye, here comes a very happy Labrador Retriever who runs square into the front bumper of the car I was sitting in the back seat. The dog of course was instantly atomized and we continued, 3 other folks) and (myself with out batting an eye to the Tasty Freeze for a bite to eat. The man of the dog came to the Tasty Freeze with out an officer of the law and faked an argument. I contend that the dog was a recipient of mind control or virtual reality and probably after each treatment received a reward. This time it did not work out so swell for the dog. If all of us in the car were killed in a wreck, which would be at fault? The dog? He is dead! The dog owner/trainer of the weapon? Or the nut who put it all together as an attempt on our, (us in the car), lives? Prove it! I will give it a go! I am now going to bring up the idea of Grandchildren. I am sorry to bring out the wild card on this but it goes to show the court that the next faze of mind control could very well be the programming of folks from child hood in the name of National Security over time without knowledge only to be stimulated by an event in the future as to respond in a way a reasonable man/women would not. A crash dummy! I came to this conclusion last night. While sleeping I had an extremely vivid dream of a man with long blonde hair strangling my ex-wife with a snake around her neck in the water waste high; (I believe this to be the technology I write about). In the dream I was observing this happen from about 20 feet. I was immediately woken by the very loud playing of jazz music, (my brother in law made it a point vocally, how great jazz music is) from a passing vehicle in back of the wall where I was sleeping. This was as odd as odd can get because the time was around 4am in the morning. Soon after a woman dressed and looking as my ex-mother in law walked by. There were also several men around observing my ((response)) relative to the ((stimulus)) of events. Soon after a police officer and another plain clothe type told me to move on after running my ID so there is a record of this somewhere I assume. It takes a lot for me to contend something is not rite; this was not rite and yesterday, 5 January 2005 I mailed the filing that you should have in your position. I contend that this is a last ditch effort to maximize on an experiment/recruit the crash dummy, (me): that taking place is mind experimentation w/o my permission and I demand it to **stop immediately**

Now for an instance imagine if I was to take a fall, (cover) for someone very, very important in world politics who at one time shared a belief in addiction at a particular time in their life and perhaps has overcome the same. That this technical information is true and I believe it to be as such.... That because I was the one to bring information forward, I myself may be guilty of the crimes espionage, treason and sharing sensitive National Security secretes and not the political executive. I am not; and have brought all information to the attention of the court and investigative branches of government in the name of doing what is rite and good. I have come upon my information via small pieces of data over a long period of time through deductive reasoning establishing this theory. Hence my innocents of any charges of any manor. In my opinion, there was a leak: a leak of information that cost the lives of good people in New York, Lebanon and NASA projects (not limited). That the frustration of people who have devoted their lives to secrecy and perhaps living under ground in secrete communities (against their will) in the name of National Security is un-imaginable if that is the case. However, I was driven to write this letter in response to last night's event.

Respectively Submitted,

*[signature]*

Neilson Craig Conover
6 January 2005