Attention: Supreme Court Justices
Care of: The Clerk of the Court
1st and Maryland Avenue
Washington, D.C. 20001

SCANNED
DATE: 2/1/05
BY: DH

Neilson Craig Conover
Plaintiff

vs

The Holy Catholic Church, et, al.

Civil Rights: 440
Federal Question

Demand: 1 Trillion United States Dollars for Each offense/count.

Today's Date;
9 January 2004

===============================================================================

**Motion To Add Defendants**

Here comes Neilson Craig Conover with, Motion To Add Defendants and demand to this case. I Motion To Add, The United States of America defined as, "all United States agencies and departments within the Executive and Legislative Branches to include those private entities solicited by hire and or other (by the same), to secure, information/action for/from same said agencies/departments. I do contend that my civil rights have been violated by one or all of these same said agencies/departments. I attach a demand of one trillion United States Dollars. The United States Judicial system is tasked/free, with/to, determining/determine the worth of not only one individual, but the extent of civil rights of one individual. It is also my intention that this case and it's attachments: to be consolidated, will in fact set president as the highest (human authority of law on the globe) should a global court, (self declared) not rule as such in a simalar case-(yet to be defined)! It can set president those ideals of our founding fathers and Christ Jesus; to worship and live in accordance with ("The Golden Rule"-"law of the land"), preferably the same! If this case/investigation is not up held with demands, we the people of the United States of America do leave way for other governing institutions not limited to (The World Court, United Nations, and World United Coalition of blah, blah, you name it!); to govern The United States of America for us. I also request that a Supreme Court generated Restraining Order be served/delivered in accordance with law by United States Marshals to all entities mentioned in this case and all others restricting those same said organizations/individuals (to ask) first in writing (free and clear from manipulation here after described as reasonable), before entering into my life in any form/manor and to cease and discontinue all activity in regards to my person unless mutually agreed in writing via United States Mail or peacefully contacted by United States Investigative/Intelligence officer to deliver information.

I am also requesting, that the FBI and other investigative agencies look into this matter: however be restrained from interfering in my daily activities (excluding method of contacting me described in the previous paragraph), without my approval in writing as with civilian/clergy and fraternal entities. And upon sepeona by myself as Plaintiff and/or, The United States Supreme Court; the FBI and Other disclose all information regarding this case, all other Federal District Court cases and all other related and non related cases. Referencing my previous letter: all requests of course still stand.

May God/Good be with us all and Justice and Liberty served.

Respectively Submitted,

*[signature: Neilson G Conover]*

Neilson Craig Conover
General Delivery San Diego, CA 92138    SS# 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