04-11045-DPW

UNITED STATES SUPREME COURT
9th Circuit Court, San Francisco
Federal District Court, San Diego, CA
Federal District Court, San Francisco, CA
Federal District Court, Portland, OR
Federal District Court, Denver, CO
Federal District Court, Las Vegas, NV
Federal District Court, Chicago, IL
Federal District Court, Boston, MA
Federal District Court, Washington, DC.

Neilson Craig Conover
General Delivery, Beaverton OR
ZIP-97005   SS# 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
IN CARE OF
UNITED STATES DEPT OF STATE
WASHINGTON, D.C. 20540
Date of Writing 23 Oct 2005
Date of U.S. Mailing 24 Oct 2005

RECEIVED Clerk's Office USDC, Mass. Date 12-02-05 By Deputy Clerk

NOV 22 '05 AM 11:06 USB

forwarded to USDC

## Motion To Add Charge Against Defendants

Here comes Plaintiff Neilson Craig Conover SS# 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 With A Motion to Add the Charge of Espionage to this Case And Against the defendants. It Is My Intention that the defendants have Conspired to Withdraw Information From Me Posibly Secrete In Nature. Besides Holding A Commission In The United States Marine Corp. My GrandDad was An Electrical Engineer On The World Trade Centers During Their Construction. Buildings Are Designed To Collaps During Fire to Eliminate Debre spreading To Other Real Estate Due To Up-Drafts. Should This Info Get Out "Which It May Have" This Would Be Terrorism. Who Would Rent or live In Hi Rises? What Would Happen To Real Estate Prices? I Request The FBI to Investigate And Federal Marshalls To Serve All Paper work As To Make True, Correct and legal. Buildings Were Blown In My Opinion.

With Highest Regards
Neilson Craig Conover
Neilson Craig Conover

When Returning Mail Please Place:
IN CARE OF UNITED STATES DEPT OF STATE

